Frederick B. CIMO,[1] Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 668, 2015

Supreme Court of Delaware.

Submitted: December 21, 2015

Decided: January 28, 2016

DISMISSED.